UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re: Zellene Wyonna Williams-Smith,

CASE NO: 24-40453-KKS
Chapter 7

Debtor.

_____/

**<u>MOTION TO REDEEM PERSONAL</u>**
**<u>PROPERTY PURSUANT TO 11 U.S.C. 722</u>**

---

NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within [21] days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, India Footman, Esq., Footman Law Firm, P.A., 1345 Cross Creek Circle, Tallahassee, FL 32301 and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

The Debtor, by and through counsel, and moves the court pursuant to 11 U.S.C 722 and Bankruptcy Rule 6008 for a redemption order on the following grounds:

1.  The item to be redeemed is tangible personal property intended primarily for personal, family, or household use and is more particularly described as follows: 2017 Mercedez Benz GLE 350W, VIN: 4JGDA5JB2HA858471, with 50,828 miles.

2.  The interest of the Debtor in such property is exempt.

3.  Mercedes-Benz Financial Services USA LLC holds a security interest in the above listed vehicle with an estimated principle balance of $18,000.00.

4.  The secured claim of Mercedes-Benz Financial Services USA LLC for purposes of redemption, the "redemption value," should be determined to be not more than $15,115.00 as evidenced by the attached appraisal report.

5.  Arrangments have been made by the Debtor to pay to Mercedes-Benz Financial Services USA, LLC $15,115.00 should this motion be granted.

WHEREFORE, Debtor requests an order granting this Motion and allowing Debtor to redeem the 2017 Mercedez Benz GLE 350W, VIN: 4JGDA5JB2HA858471 for its appraised value of $15,115.00 and a release of their lien of record, and for such other relief this court deems just and proper.

Dated: February 11, 2025

RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the court via NEF on February 11, 2025 to the following person(s) at the email address(es) noted herein:

    Mary W. Colon
    trustee@marycolon.com, fl33@ecfcbis.com;ecf.alert+Colon@titlexi.com

    Chad D. Heckman on behalf of Creditor Mercedes-Benz Financial Services USA LLC
    eservice@heckmanlawgroup.com

    United States Trustee
    USTPRegion21.TL.ECF@usdoj.gov

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on February 11, 2025 to:

    Stephanie Jones, Agent
    Mercedes-Benz Financial Services USA LLC
    c/o Bk Servicing, LLC
    PO Box 131265
    Roseville, MN 55113-0011

    Chad D. Heckman
    Heckman Law Group, P.L.
    P.O. Box 12492
    Tallahassee, Florida 32317-2492

RESPECTFULLY SUBMITTED,
/s/ India Footman
India Footman, Esq,
*Attorney for Debtor*

# Redemption vs. Reaffirmation Savings Analysis

**Date of Valuation:** 02/11/2025
**Debtor(s):** Zellene Williams-smith
**Vehicle:** 2017 Mercedes-Benz GLE Utility 4D GLE350 3.5L V6
**Current Lienholder:**

|  | Reaffirmation | Redemption |
|---|---|---|
| Value |  | $15,115.00 |
| Payment | $1,041.00 | $354.34 |
| Term | 27 | 66 |
| Total | $28,107.00 | $23,386.44 |
| Savings | $4,720.56 ||

\* Above good faith estimates are inclusive of all fees. Payments may vary based on included legal fees set by individual attorneys. Payments were calculated using a contract rate of 23.99%.

\*\* Please call for settlements outside pre-approved range.

Phone (513) 721-2800  Fax (513) 721-2822 • 3700B Park 42 Dr, Suite 150A • Cincinnati, OH 45241

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Owner Name:** | Zellene Williams-smith | | | | **Prepared As Of:** | 2/11/2025 12:00:00 AM | |
| **Vehicle Description:** | 2017 | | Mercedes-Benz | | | GLE Utility 4D GLE350 3.5L V6 | |
| | Year | | Make | | | Model | |
| 4JGDA5JB2HA858471 | | | | | | | |
| Serial Number (VIN) | | Mileage | | Plate | | Color | |

| | No | Yes | | No | Yes | | No | Yes |
|---|---|---|---|---|---|---|---|---|
| Cruise Control | ☒ | ☐ | Leather Interior | ☒ | ☐ | Radio | ☒ | ☐ |
| Theft Deterrent | ☒ | ☐ | Manual | ☒ | ☐ | Automatic | ☒ | ☐ |
| Power Windows | ☒ | ☐ | Heated Seats | ☒ | ☐ | 4WD/AWD | ☒ | ☐ |
| Power Seats | ☒ | ☐ | Air Conditioning | ☒ | ☐ | 3rd Row Seating | ☒ | ☐ |
| Power Door Locks | ☒ | ☐ | Power Sunroof | ☒ | ☐ | Rear Entertainment | ☒ | ☐ |

Other Items:

| | Good | Fair | Poor | | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|
| Grill | ☐ | ☒ | ☐ | Left Fender | ☐ | ☒ | ☐ |
| Front Bumper | ☐ | ☒ | ☐ | Left Door | ☐ | ☒ | ☐ |
| Hood | ☐ | ☒ | ☐ | Left Quarter Panel | ☐ | ☒ | ☐ |
| Right Fender | ☐ | ☒ | ☐ | Interior | ☐ | ☒ | ☐ |
| Right Door | ☐ | ☒ | ☐ | Engine | ☐ | ☒ | ☐ |
| Right Quarter Panel | ☐ | ☒ | ☐ | Brakes | ☐ | ☒ | ☐ |
| Lights | ☐ | ☒ | ☐ | Paint Finish | ☐ | ☒ | ☐ |
| Rear Bumper | ☐ | ☒ | ☐ | Tires | ☐ | ☒ | ☐ |
| Roof | ☐ | ☒ | ☐ | | | | |

Comments: Interior Reconditioning
Bug and Tar Removal

## Valuation Report: Based on Edmunds

| | **Value** |
|---|---|
| Average Base Value: | $16,815.00 |
| Mileage Class: Average: | |
| Add-ons/Deducts: | |
| Interior Reconditioning | -$850.00 |
| Bug and Tar Removal | -$850.00 |
| **Appraised Value:** | **$15,115.00** |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current publications by an experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/s/ Sydney Cook

Collateral Valuation Services, LLC
P O Box 8361, Cincinnati, Ohio 45208
(513) 284-8539

# Your Edmunds Appraisal Report

### As of **February 11, 2025**

We use data from a wide variety of sources to provide you with your Edmunds appraisal report, considering factors such as the car's year, make, model, trim, mileage, depreciation and features. This is not a firm offer on your car.

Edmunds.com, Inc. is a wholly owned subsidiary of CarMax, Inc. To learn more about the relationship between Edmunds and CarMax, see our Visitor Agreement.

|  Trade-In  |  **Private Party**  |  Dealer Retail  |

**Your car's value**

| $15,658 | **$16,815** | $17,706 | $18,240 |
|---------|-------------|---------|---------|
| Rough ⓘ | **Average** ⓘ | Clean ⓘ | Outstanding ⓘ |

These True Market Value ® prices are Edmunds' estimates of the average prices consumers are paying each other in private party transactions in your area. This is always a higher amount than the trade-in value, but it takes more work because you'll be dealing with offers from buyers.

|  | Your car's value<br>**Average** ⌄ |
|---|---:|
| National Base Price ⓘ | $15,658 |
| Optional Equipment ⓘ | $38 |
| Color Adjustment ⓘ | -$4 |
| Regional Adjustment ⓘ | -$21 |
| Mileage Adjustment ⓘ | $1,145 |
| Condition Adjustment ⓘ | N/A |
| **Average Condition Value** | **$16,815** |

